# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Hazel J. Crowe

Case No.:11−34654−thf

Debtor(s)

Chapter: 13

S.S.#:xxx−xx−3638

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered 10/28/13. The Court's Order Dismissing is available electronically or may be a docketing event only.

Order of the Court, from hearing held on October 23, 2013, DISMISSING Case for debtors failure to show cause why case should not be dismissed for failure to make plan payments in accordance with the Order of Confirmation, so ORDERED by /s/ Judge Fulton. CASE DISMISSED. (Gudgel, A).

Note: If this case was dismissed for failure to pay Court's filing fee, no further applications by the debtor(s) to pay filing fee in installments will be considered by the Court.

Dated: 10/28/13

By: ame  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court