## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Hazel J. Crowe | Case No.:11–34654–thf |
| Debtor(s) | Chapter: 13 |
| S.S.#:xxx–xx–3638 | |

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered 10/28/13. The Court's Order Dismissing is available electronically or may be a docketing event only.

Order of the Court, from hearing held on October 23, 2013, DISMISSING Case for debtors failure to show cause why case should not be dismissed for failure to make plan payments in accordance with the Order of Confirmation, so ORDERED by /s/ Judge Fulton. CASE DISMISSED. (Gudgel, A).

Note: If this case was dismissed for failure to pay Court's filing fee, no further applications by the debtor(s) to pay filing fee in installments will be considered by the Court.

Dated: 10/28/13

By: ame
Deputy Clerk

FOR THE COURT
Diane S. Robl
Clerk, U.S. Bankruptcy Court

```
                           United States Bankruptcy Court
                            Western District of Kentucky
In re:                                                              Case No. 11-34654-thf
Hazel J. Crowe                                                      Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0644-3          User: agudgel               Page 1 of 2                  Date Rcvd: Oct 28, 2013
                              Form ID: 219                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2013.
db            #+Hazel J. Crowe,    3234 Larkwood Avenue,    Louisville, KY 40212-2228
4954710        CitiFinancial, Inc,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
4892962        CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
4750106        Credit Clearing House of America, Inc.,     P.O. Box 1209,    Louisville, KY 40201-1209
4750116        OneMain Financial,    PO Box 183172,    Columbus, OH 43218-3172
4815212       +The Bank of New York Mellon Trust Company, NA,     c/o GMAC Mortgage, LLC,
                Attention: Payment Processing,     3451 Hammond Avenue,    Waterloo, IA 50702-5345
4750119        Wells Fargo Financial Cards,    PO Box 660041,    Dallas, TX 75266-0041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: akellow@jeffersoncountyclerk.org Oct 28 2013 19:07:13
                Jefferson County Attorney Office,    Fiscal Court Bldg.,    531 Court Place, Ste. 900,
                Louisville, Ky 40202-3315
cr            +EDI: BASSASSOC.COM Oct 28 2013 18:48:00      Capital One, N.A.,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
4755693        EDI: BANKAMER2.COM Oct 28 2013 18:48:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                Wilmington, DE 19886-5102
4750103        EDI: HFC.COM Oct 28 2013 18:48:00      Best Buy,   HRS USA,    P.O. Box 15521,
                Wilmington, DE 19850-5521
4801734       +EDI: OPHSUBSID.COM Oct 28 2013 18:48:00      CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,
                2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4750113        EDI: CITICORP.COM Oct 28 2013 18:48:00      Home Depot Credit Services,
                Citicard Private Label / Bankruptcy,     P.O. Box 20483,   Kansas City, MO 64195
4822620       +EDI: OPHSUBSID.COM Oct 28 2013 18:48:00      Candica, L.L.C.,    c/o Weinstein & Riley, P.S.,
                2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
4750104       +EDI: CAPITALONE.COM Oct 28 2013 18:48:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
5155908       +EDI: BASSASSOC.COM Oct 28 2013 18:48:00      Capital One, N.A.,    c/o Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
5013471       +EDI: BASSASSOC.COM Oct 28 2013 18:48:00      Capital One, N.A.,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
4750105        EDI: CIAC.COM Oct 28 2013 18:48:00      CitiMortgage Inc.,    Bankruptcy Servicing Center,
                P.O. Box 140069,    Irving, TX 75014-0069
4750107        EDI: CRFRSTNA.COM Oct 28 2013 18:48:00      Credit First,    PO Box 81344,
                Cleveland, OH 44188-0344
4793472       +EDI: CRFRSTNA.COM Oct 28 2013 18:48:00      Credit First National Associaiton,    Po Box 818011,
                Cleveland, OH 44181-8011
4750108        EDI: BANKAMER.COM Oct 28 2013 18:48:00      FIA Card Services,    P.O. Box 15019,
                Wilmington, DE 19850-5019
4750109        E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Oct 28 2013 19:08:12       GLA Collection Co,   Dept#: 002,
                P. O. Box 7728,    Louisville, KY 40257-0728
4750110       +EDI: GMACFS.COM Oct 28 2013 18:48:00      GMAC,   Bankruptcy Center,    P.O. Box 130424,
                Roseville, MN 55113-0004
4750114       +EDI: HFC.COM Oct 28 2013 18:48:00      HSBC,   ATTN: Bankruptcy Dept.,    P.O.Box 5213,
                Carol Stream, IL 60197-5213
4851965       +EDI: BASSASSOC.COM Oct 28 2013 18:48:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
4750111       +E-mail/Text: lesleythomas@heightsfinance.com Oct 28 2013 19:07:21       Heights Finance Corp,
                5713 Preston Highway,    Louisville, KY 40219-1305
4750112       +EDI: CITICORP.COM Oct 28 2013 18:48:00      Home Depot,    P. O. Box 6497,
                Sioux Falls, SD 57117-6497
4796996        EDI: PRA.COM Oct 28 2013 18:48:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
4792196        EDI: Q3G.COM Oct 28 2013 18:48:00      Quantum3 Group LLC as agent for,
                World Financial Network National Bank,    PO Box 788,    Kirkland, WA 98083-0788
4811029        EDI: Q3G.COM Oct 28 2013 18:48:00      Quantum3 Group LLC as agent for World Financial Ne,
                World Financial Network National Bank,    PO Box 788,    Kirkland, WA 98083-0788
4770159       +E-mail/Text: bncmail@w-legal.com Oct 28 2013 19:07:34       TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5186769       +E-mail/Text: bncmail@w-legal.com Oct 28 2013 19:07:34       TD Bank USA, N.A.,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
4750117        EDI: WTRRNBANK.COM Oct 28 2013 18:48:00      Target National Bank,    PO Box 660170,
                Dallas, TX 75266-0170
4750120        EDI: WFNNB.COM Oct 28 2013 18:48:00      WFNNB - Friedmans Jewelers,    P.O. Box 659704,
                San Antonio, TX 78265-9704
4750121       +EDI: WFNNB.COM Oct 28 2013 18:48:00      WFNNB-Value City Furniture,    P.O. Box 182283,
                Columbus, OH 43218-2283
4750118       +EDI: RMSC.COM Oct 28 2013 18:48:00      Wal-Mart,   c/o GE Money Bank,    P.O. Box 103104,
                Roswell, GA 30076-9104
4757189       +EDI: WFFC.COM Oct 28 2013 18:48:00      Wells Fargo Bank, N.A.,    4137 121st Street,
                Urbandale, IA 50323-2310
5215603       +EDI: BASSASSOC.COM Oct 28 2013 18:48:00      eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                                TOTAL: 31
```

```
District/off: 0644-3          User: agudgel                Page 2 of 2                  Date Rcvd: Oct 28, 2013
                              Form ID: 219                 Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Candica, L.L.C.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
cr*          +TD Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
cr*          +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
               TUCSON, AZ 85712-1083
4833157*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
4750115     ##+Michael Crowe,   3234 Larkwood Avenue,    Louisville, KY 40212-2228
                                                                                          TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2013                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2013 at the address(es) listed below:
              Amy E. Gardner    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A.
               bankruptcy@mdk-llc.com,   anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
              Charles David Deep    on behalf of Creditor   Heights Finance Corporation daviddeep@bellsouth.net,
               deep-louisville@msn.com
              James E. Tebbutt    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A.
               kybnkr@mdk-llc.com,   anhsmdk@zuckergoldberg.com;anhsmdk@earthlink.net
              Joseph J. Golden    ustpregion08.lo.ecf@usdoj.gov
              Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Richard A. Schwartz    on behalf of Debtor Hazel J. Crowe rick@ks-laws.com,
               ecfmailschwartz@gmail.com;tracy@ks-laws.com;rosen3339@gmail.com;ecfnoticesonly@gmail.com;gollar33
               39@gmail.com
              William W. Lawrence -13    ECF@louchapter13.com,
               ecfdocs@anderson-associates.net;ecf.bk.westky@gmail.com
                                                                                              TOTAL: 7
```